**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| RUTH ALCANTARA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORP.<br><br>Defendant. | <br><br><br><br><br><br>Case No. 1:11-cv-1427-WDQ |

## NOTICE OF DISMISSAL

Plaintiff Ruth Alcantara, by and through her attorney Cory L. Zajdel of Z LAW, LLC, hereby dismisses the above captioned matter under FED. R. CIV. P. 41(a)(1) and for support alleges and states as follows:

1. Plaintiff Ruth Alcantara filed this action against American Honda Finance Corporation on May 25, 2011. ECF #1.

2. To date, American Honda Finance Corporation has not filed an Answer or a Motion for Summary Judgment. *See* ECF.

3. Plaintiff Ruth Alcantara hereby gives notice that she dismisses the above captioned matter.

                                          Respectfully submitted,

                                          Z LAW, LLC

Dated: August 4, 2011                  By:      /s/      28191
                                                          Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
                                                          10811 Red Run Blvd., Suite 204
                                                          Owings Mills, Maryland 21117
                                                          (443) 213-1977 – telephone
                                                          clz@zlawmaryland.com

                                                          **Attorney for Plaintiff**