IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| RUTH ALCANTARA, et al. | |
| Plaintiffs, | "APPROVED" 8/9/11 Date |
| v. | |
| AMERICAN HONDA FINANCE CORP. | Case No. 1:11-cv-1427-WDQ |
| Defendant. | William D. Quarles, Jr. United States District Judge |

## NOTICE OF DISMISSAL

Plaintiff Ruth Alcantara, by and through her attorney Cory L. Zajdel of Z LAW, LLC, hereby dismisses the above captioned matter under FED. R. CIV. P. 41(a)(1) and for support alleges and states as follows:

1. Plaintiff Ruth Alcantara filed this action against American Honda Finance Corporation on May 25, 2011. ECF #1.

2. To date, American Honda Finance Corporation has not filed an Answer or a Motion for Summary Judgment. *See* ECF.

3. Plaintiff Ruth Alcantara hereby gives notice that she dismisses the above captioned matter.

Respectfully submitted,

Z LAW, LLC

Dated: August 4, 2011          By:_____/s/_____28191_____
                                Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
                                10811 Red Run Blvd., Suite 204
                                Owings Mills, Maryland 21117
                                (443) 213-1977 – telephone
                                clz@zlawmaryland.com

                                **Attorney for Plaintiff**